# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00348-DSC

| | |
|---|---|
| BV RETAIL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) **ORDER** <br> v. ) <br> ) <br> JAMES M. DONNELLY AND STACY D. ) <br> TAKATS, ) <br> ) <br> Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Partial Judgment on the Pleadings" (document # 17) filed December 31, 2012, and the parties' associated briefs and exhibits, Docs. 18, 21 and 24.

The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636 (c). This Motion is now ripe for determination.

Federal Rule of Civil Procedure 12(c) provides that "[a]fter the pleadings are closed but within such time as not to delay the trial, any party may move for judgment on the pleadings." Fed. R. Civ. Pro. 12(c). In resolving a motion for judgment on the pleadings, the Court must accept all of the non-movant's factual averments as true and draw all reasonable inferences in its favor. Bradley v. Ramsey, 329 F. Supp.2d 617, 622 (W.D.N.C. 2004); Atwater v. Nortel Networks, Inc., 394 F. Supp.2d 730, 731 (M.D.N.C. 2005). Judgment on the pleadings is warranted where the undisputed facts demonstrate that the moving party is entitled to judgment as a matter of law. Bradley, 329 F. Supp.2d at 622. Having carefully reviewed the pleadings and applicable authority, the Court concludes that taking the facts and reasonable inferences in

the light most favorable to the non-moving party, Plaintiff is not entitled to judgment as a matter of law on its claims for breach of guaranty and attorneys' fees.  Therefore, the Motion for Partial Judgment on the Pleadings is DENIED.

**SO ORDERED**.

Signed: February 22, 2013

David S. Cayer
United States Magistrate Judge