IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-CV-00348-DSC

BV RETAIL, LLC,

    Plaintiff,

v.

JAMES M. DONNELLY and STACY D. TAKATS,

    Defendants.

**ORDER**

Upon Motion of the parties and for good cause shown and it appearing that the Motion is well taken and should be granted;

IT IS THEREFORE ORDERED, that the Joint Motion to Amend Case Management Plan is GRANTED, and the Scheduling Order is hereby amended as follows:

    a.    All discovery shall be concluded by May 1, 2013;

    b.    Mediation shall be completed by May 1, 2013;

    c.    Dispositive motions shall be filed by June 3, 2013.

Except as expressly provided above, the Scheduling Order entered on September 18, 2012 shall remain in effect.

**SO ORDERED**.

Signed: March 19, 2013

David S. Cayer
United States Magistrate Judge