# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00348-DSC

| | |
|---|---|
| BV RETAIL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES M. DONNELLY AND STACY D. ) | |
| TAKATS, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Plaintiff's Motion[s] for Extension of Time (Unopposed)" (documents # 35 and 36) filed May 30, 2013. For the reasons set forth therein, the Motions will be granted. That is, Plaintiff shall have up to and including June 13, 2013 to file its motion for summary judgment and up to and including June 17, 2013 to file its response to Defendants' Motion for Summary Judgment.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 30, 2013

David S. Cayer
United States Magistrate Judge