# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00348-DSC

| | |
|---|---|
| BV RETAIL, LLC, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES M. DONNELLY AND STACY D. ) | |
| TAKATS, ) | |
| ) | |
|       Defendants. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motions In Limine and Incorporated Memorandum of Law," Doc. 64 and "Defendants' Consolidated Motions In Limine," Doc. 59 both filed September 3, 2013 and the parties' associated briefs and exhibits, Docs. 60, 65 and 66. The Court conducted a pretrial telephone conference with counsel on September 9, 2013.

The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c). These Motions are now ripe for the Court's consideration.

After fully considering the arguments, the record, and the applicable authority, the Court ORDERS:

1. With regard to Plaintiff's Motions In Limine:

    (a) As to any evidence or argument that BV Retail's principal, Robert Bruner, holds a law degree and formerly practiced law, the Motion is DENIED;

    (b) As to any evidence or argument pertaining to Donnelly and Takats' claimed present financial hardship, the Motion is GRANTED; however, the Court will allow evidence of their financial hardship in 2011;

(c) As to evidence regarding the purported oral release, the Motion is DENIED;

(d) As to evidence and argument seeking to establish that the Termination of Lease operated to extinguish the Guaranty, the Court finds that the Guaranty is ambiguous and the Motion is DENIED; and

(e) As to parol evidence concerning the terms of the Guaranty, the Motion is DENIED.

2. With regard to Defendants' Motions In Limine:

(a) As to any argument that a release from a guaranty must be in writing, the Motion is GRANTED, but such evidence may be relevant to the course of dealings between the parties;

(b) As to any evidence of damages for future rents arising after BV Retail no longer owned the leased premises, the Motion is DENIED; and

(c) As to expert opinion testimony from Courtney Efird on the amount of damages allegedly suffered by BV Retail, the ruling is deferred until trial.

On or before September 16, 2013, counsel shall submit:

1. An agreed upon verdict sheet, or if counsel cannot agree, each side shall submit a proposed verdict sheet; and

2. Any additional or revised jury instructions. Counsel shall identify which instructions pertain to each issue in the verdict sheet.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: September 11, 2013

David S. Cayer
United States Magistrate Judge