# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| BV Retail LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00348-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| James M. Donnelly, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered by Jury Verdict;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the September 27, 2013 Jury Verdict

October 29, 2013

Frank G. Johns, Clerk
United States District Court